## SANDERS v. STATE.
### No. 22483.

Court of Criminal Appeals of Texas.
April 14, 1943.

Jno. B. McNamara, of Waco, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

Jno. B. McNamara, of Waco, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Appellant was charged with the theft of property of value more than fifty dollars. He entered a plea of guilty before a jury which found him guilty as "charged in the indictment," and assessed his punishment at two years in the penitentiary.

Evidently by inadvertence he was adjudged to be guilty of "burglary," and the sentence is likewise erroneous in that respect. Appellant was not charged with burglary at all.

The judgment will be reformed to show that appellant was adjudged to be guilty of the theft of property of more than the value of fifty dollars, and the sentence will be reformed to follow the corrected judgment. As thus reformed, the judgment is affirmed.

## SANDERS v. STATE.
### No. 22484.

Court of Criminal Appeals of Texas.
April 14, 1943.

## SANDERS v. STATE.
### No. 22485.

Court of Criminal Appeals of Texas.
April 14, 1943.

Jno. B. McNamara, of Waco, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

Upon his plea of guilty to the offense of burglary, appellant was assessed two years in the state penitentiary.

The record is before us without statement of facts or bills of exception. Nothing is presented for review.

The judgment of the trial court is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.